## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS E. PEREZ, <br> SECRETARY OF LABOR, <br> UNITED STATES DEPARTMENT OF LABOR, <br> <br> Petitioner, <br> <br> v. <br> <br> AFFORDABLE EXTERIORS, INC., <br> RICH TILLER, GABINO GARCIA, AND <br> FREDDY MORALES <br> <br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 8:14-cv-0300 <br> <br> <br> **ORDER** |

Upon consideration of the Secretary of Labor's, United States Department of Labor, Petition for Expedited Enforcement of Administrative Subpoena Duces Tecum and Subpoenas ad Testificandum Issued by the Occupational Safety and Health Administration (filing 1), and the attachments thereto, and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Secretary of Labor's Petition is granted.

2. Affordable Exteriors, Inc. shall produce to Bonita Winingham, Area Director of the OSHA Omaha Area Office, within ten days (10) after service of this Order, all responsive documents to the Subpoena Duces Tecum, including but not limited to copies of cancelled checks and records from a previously-used payroll service.

3. Rich Tiller shall appear and give testimony at the OSHA Omaha Area Office, concurrently with Affordable Exteriors, Inc.'s ordered production of responsive documents, within ten days (10) days after service of this Order.

4. Gabino Garcia shall appear and give testimony at the OSHA Omaha Area Office, within ten days (10) after service of this Order.

5.    Freddy Morales shall appear and give testimony at the OSHA Omaha Area Office, within ten days (10) after service of this Order.

6.    Any and all above-mentioned parties who fail to comply with this Court's Order shall appear before the District Court of the United States for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:30 a.m. on the 17th day of November, 2014, in Courtroom 6, to show cause why he/it/they should not be held in contempt for failing to comply with this Order.

**DATED October 6, 2014.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**